■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD W. MUGAVERO, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Rohl, J.), imposed November 28, 1984.

By order of this court dated February 27, 1985, the appeal taken as a right was dismissed and the defendant's motion for leave to appeal was denied. By order of the Court of Appeals dated May 6, 1986, the order of this court was reversed and the case was remitted here for determination of the appeal (see, People v Mugavero, 67 NY2d 264).

Ordered that the sentence is affirmed. No opinion. Mollen, P. J., Lazer, Mangano and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO MUNOZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Ferraro, J., at plea; Rubin, J., at sentence), rendered October 6, 1982, convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the record discloses that the sentence imposed was that to which the defendant had agreed and which had been promised by the court when he entered his plea of guilty. Accordingly, there is no merit to the defendant's contention that his judgment of conviction must now be reversed. Mollen, P. J., Bracken, Lawrence, Kooper and Sullivan, JJ., concur.